PD-0422-15

NO. _____

COURT OF APPEALS NO. 03-14-00236-CR

IN THE
COURT OF CRIMINAL APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

KEVIN TODD HARDIN,
Appellant/Petitioner

v.

THE STATE OF TEXAS,
Appellee/Respondent

On appeal from the Third Court of Appeals
Austin, Texas

FILED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

MOTION TO SUSPEND RULE 9.3(b)

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

NOW COMES, KEVIN TODD HARDIN, Appellant/Petitioner in the above styled and numbered cause and moves the Court to suspend Rule 9.3(b) of the Texas Rules of Appellate Procedure. In support of this motion Petitioner shows the Court as follows:

I.

Petitioner is currently incarcerated in the Mark W. Michael Unit of the Texas Department of Criminal Justice - Institutional Division in Tennessee Colony, Texas.

1

## II.

Rule 9.3(b) states in pertinent part: "A party must file the original and 11 copies of any document addressed to...the Court of Criminal Appeals..." See **Texas Rules of Appellate Procedure, Rule 9.3(b).**

## III.

Due to Petitioner's current incarceration, he is unable to duplicate any documents because he does not have access to a copy machine.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Kevin Todd Hardin respectfully requests that this Court suspend Rule 9.3(b) of the Texas Rules of Appellate Procedure in this case and permit him to file only the original of his Petition for Discretionary Review.

Respectfully submitted,

KEVIN TODD HARDIN
PETITIONER
TDCJ No. 1920319
Mark W. Michael Unit
2664 FM 2054
Tennessee Colony, Texas 75886

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served by placing same in the United States Mail, postage prepaid, addressed to: Burnet County District Attorney's Office, P.O. Box 725, Llano, Texas 78643 and State Prosecuting Attorney, P.O. Box 13046, Austin, Texas 78711-3046 on this 7th day of April, 2015.

KEVIN TODD HARDIN

2